UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LAWSON SCREEN PRODUCTS,  )
INC.,                    )
                         )
      Plaintiff,        )
                         )
      vs.               )      Case No. 4:10CV1179 CDP
                         )
NOR-COTE INTERNATIONAL,  )
INC.,                    )
                         )
      Defendant.        )

## MEMORANDUM AND ORDER

For the reasons stated on the record during the preliminary injunction

hearing held on November 22, 2010,

**IT IS HEREBY ORDERED** that the motion for preliminary injunction

[#3] is denied.

**IT IS FURTHER ORDERED** that the motion to compel [#37] is denied.

**IT IS FURTHER ORDERED** that the motion to dismiss [#41] is denied.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of November, 2010.